IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEVIN A. DUFF,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, and DOES A-E,<br><br>Defendants. | CV 21–137–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal. (Doc. 15.) Plaintiff Kevin A. Duff and Defendant Principal Life Insurance Company jointly stipulate pursuant to Fed. R. Civ. P. 41 that this case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, because it has been fully and finally settled on the merits. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice. The Clerk of Court is directed to close the case file.

DATED this 9th day of November, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1